# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-23979 |
| | ) | |
| Kiana Brown, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge A. Benjamin Goldgar |

## NOTICE OF MOTION

TO: See attached list

On May 14, 2021, at 9:30 a.m., I will appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **160 817 7512** – the password is **623389**. The meeting ID and further information can also be found on the Judge Goldgar's web page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

> Movant: Kiana L. Brown
> By: Michael R. Colter, II
> David M. Siegel & Assoc., LLC
> 790 Chaddick Drive
> Wheeling, IL 60090
> (847) 520-8100
> mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

    I certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on April 23, 2021, before 5:00 p.m.

> /s/ Michael R. Colter, II
> Michael R. Colter, II

*To the following persons or entities who have been served via electronic mail:*
Patrick S. Layng, U.S. Bankruptcy Trustee
Glenn Stearns, Chapter 13 Trustee

*To the following persons or entities who have been served via U.S. Mail:*

Kiana L. Brown
565 Drom Court, #2A
Antioch, IL 60002

Illinois Tollway
PO Box 5544
Chicago, IL 60680

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Capital Asset Recovery
PO Box 192585
Dallas, TX 75219

Check Into Cash Inc.
d/b/a Check Into Cash of IL
Attn Collections
P.O. Box 550
Cleveland, TN 37364-0550

U.S. Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Check N Go of Illinois, Inc.
1147 N. Greenbay Rd.
Waukegan, IL 60085

Waukegan Loan Management, L.L.C.
P.O. Box 1906
Des Plaines, IL 60017

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | ) | 18-23979 |
|---|---|---|
| | ) | |
| Kiana L. Brown, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge A. Benjamin Goldgar |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Kiana L. Brown**, by and through her attorney, David M. Siegel & Associates, LLC, to present this Motion, and states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On August 24, 2018, Debtor filed a petition for relief under Chapter 13 of Title 11 USC.

3) Debtor's Plan was confirmed December 7, 2018, with payments of $325.00 per month and general unsecured creditors receiving not less than 10% of their claims.

4) Debtor lost her job in April 2020, due to the COVID-19 pandemic. Despite being unemployed, Debtor made some plan payments.

5) Debtor began working full time in November 2020 and used much of her income to catch up on delinquent living expenses as a result of her unemployment.

6) Debtor is now current on her monthly living expenses and can resume making payments to the trustee based on the amended I and J (Exhibit A).

7) Debtor's payroll deductions have begun posting with the trustee's office.

8) Debtor seeks to modify her plan under 11 U.S.C. § 1329 to defer the current default and to the end of the plan.

9)  Although Debtor qualifies for relief under the C.A.R.E.S. Act, she prefers to complete her plan within 60 months of filing.

10) The Debtor seeks this relief without the intent to defraud creditors.

WHEREFORE, the Debtor, **Kiana L. Brown**, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor